IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RICHARD KUMPF PLAINTIFF

vs. CIVIL ACTION NO. 3:24-cv-0029-DMB-RP

SAFECO INSURANCE COMPANY OF AMERICA,
AMERICAN ECONOMY INSURANCE COMPANY,
and RSC INSURANCE BROKERAGE, INC. DEFENDANTS

**REPLY IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**
**OF SAFECO INSURANCE COMPANY OF AMERICA**
**AND AMERICAN ECONOMY INSURANC COMPANY**

Defendants, Safeco Insurance Company of America ("Safeco") and American Economy Insurance Company ("American"), submit the following additional exhibits in support of their Motion for Summary Judgment:

Exhibit BB Deposition of Scott Woods;

Exhibit CC Emails between Will Evans and Stacy Humes;

Exhibit DD American's emails with Kumpf attempting to obtain his gas bill covering the December dates leading up to and including the December 26, 2022, date of loss, which was not received until March 6, 2023; and

Exhibit EE Emails documenting the January 6, 2023, retention of a structural engineer through Rimkus Engineering and the February 20, 2023, receipt of his report.

The Memorandum being separately filed herewith.

Defendants also rely on the exhibits filed by the other parties in connection with the various motions and cross motions for summary judgment and other papers filed in this cause.

WHEREFORE, Defendants, Safeco Insurance Company of America and American Economy Insurance Company, request the Court to grant them summary judgment on the Plaintiff's claims.

This the 30th day of May 2025.

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA and AMERICAN ECONOMY INSURANCE COMPANY

By: *<u>/s/Ford Bailey</u>*
Clifford K. (Ford) Bailey, III (MSB #1686)
One of Its Attorney

OF COUNSEL:

WELLS MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 605-6900
fbailey@wellsmarble.com

**CERTIFICATE OF SERVICE**

I, Clifford K. (Ford) Bailey, III, do hereby certify that this document is being served electronically on all counsel of record via ECF.

This the 30th day of May 2025.

*/s/ Ford Bailey*
Clifford K. (Ford) Bailey, III